THE PEOPLE OF THE STATE OF NEW YORK ex rel. GENE KIPPER, Appellant, *v.* ALBERT E. ELLINGER, as Sheriff of Oneida County, Respondent.

(Submitted October 8, 1934; decided October 9, 1934.)

*Thomas Brown Rudd, District Attorney,* for motion.

*William R. Goldbas* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless, within ten days, appellant files and serves papers and pays ten dollars costs, in which event the motion is denied.